IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ALBERT L. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv254 |
| | ) | |
| AMERICAN SAFETY RAZOR COMPANY, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, American Safety Razor Company, LLC, certifies that American Safety Razor Company, LLC is not publicly traded; has RSA Holdings Corp. of Delaware as a parent corporation; and has no publicly held corporation that owns 10% or more of its common stock.

Respectfully submitted,

AMERICAN SAFETY RAZOR COMPANY, LLC


By: s/Charles E. Young Jr.
　　　Counsel


Charles E. Young Jr. (Tenn. BPR 22432)
Kramer Rayson LLP
800 S. Gay Street, Suite 2500
Knoxville, Tennessee 37901
(865) 525-5134 (phone)
(865) 522-5723 (facsimile)
ceyoung@kramer-rayson.com

Jeffrey S. Shapiro*
Jennifer M. Campbell*
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000 (phone)
(804) 698-4670 (facsimile)
jshapiro@mcguirewoods.com
jmcampbell@mcguirewoods.com

*Motions for Pro Hac Vice Admission forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may gain access to this filing through the Court's electronic filing system.

                                                s/Charles E. Young Jr.
                                                Charles E. Young Jr., BPR 22432
                                                KRAMER RAYSON LLP
                                                800 S. Gay Street, Suite 2500
                                                Knoxville, TN 37929
                                                (865) 525-5134