IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ALBERT L. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-254 |
| | ) | |
| AMERICAN SAFETY RAZOR COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is **ORDERED** that the "Motion for Partial Voluntary Dismissal" [doc. 17] filed by plaintiff is **GRANTED**. Plaintiff's claim for wrongful discharge under Tennessee common law is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

ENTER:

                s/ Leon Jordan
United States District Judge